IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                      PLAINTIFF

v.                                                                              COURT NO. 5:10CR005-DCB-001

NANCY WATTS                                                                                    DEFENDANT

and

MARKETPLACE PROFESSIONAL STAFFING                                      GARNISHEE

## **ORDER**

THIS CAUSE is before the Court for consideration on Plaintiff United States of America's Motion to Quash the Writ of Garnishment, ECF No. 52, which was filed because Defendant is no longer employed by Garnishee, and the Garnishee no longer maintains possession, custody, or control of property belonging to the Defendant, evidenced by its Answer filed July 3, 2023.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Writ of Garnishment issued by the Clerk of Court on June 20, 2023, is hereby quashed, and the Garnishee, Marketplace Professional Staffing, is dismissed.

ORDERED AND ADJUDGED this  10th   day of   July  , 2023.


                                                                        s/David Bramlette
                                                                        HONORABLE DAVID C. BRAMLETTE
                                                                        UNITED STATES DISTRICT JUDGE